## Gilbert Trust.

Argued November 13, 1964. Before BELL, C. J., MUSMANNO, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Helen M. Frank,* appellant, in propria persona.

*John L. Bigelow,* with him *Robert J. Gillespie,* and *Bigelow, Gillespie & LaRocca,* for remaining trustee, appellee.

*Elwood H. Jones,* for appellee.

OPINION PER CURIAM, January 5, 1965:
Decree affirmed, each party to pay own costs.
Mr. Justice JONES took no part in the consideration or decision of this case.